_melinDa Gabriella Valenzela_
Name and Prisoner/Booking Number

_Central Kasson'unit_
Place of Confinement

_13 05. E. ButteAv_
Mailing Address

_Florence AZ 85132_
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ✓ LODGED
RECEIVED _____ COPY

SEP 1 2 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

_melinDa Gabriella Valenzela_,
**(Full Name of Plaintiff)**

Plaintiff,

v.

(1) _CORIZON Health Inc_,
**(Full Name of Defendant)**

(2) _DR. Patricia Schmidt_,

(3) _Dr Fallhoe_,

(4) _DR. Rodney Stewart_,

**Defendant(s).**

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-19-5167-PHX-DLR-MHB
**(To be supplied by the Clerk)**

(Jury Trial is Demanded)
(Imminent Danger)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: _ASPC lewis / Florence Kasson_

**550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: _Corizon_. The first Defendant is employed
as: _Former Private medical Agency_ at _D.o.c._.
   (Position and Title)                                (Institution)

2.  Name of second Defendant: _Patricia Schmidt_  The second Defendant is employed as:
as: _Medical Doctor, u.m.e Review Team_ at _Corizon_
   (Position and Title)                                (Institution)

3.  Name of third Defendant: _Fallhoe_. The third Defendant is employed
as: _Medical Doctor, u.m.e Review Team_ at _Corizon_
   (Position and Title)                                (Institution)

4.  Name of fourth Defendant: _Rodney Stewart_. The fourth Defendant is employed
as: _Medical Director_ at _Centurion_
   (Position and Title)                                (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?  ☑ Yes      ☐ No

2.  If yes, how many lawsuits have you filed? _More than 3_. Describe the previous lawsuits:

   a.  First prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

   b.  Second prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

   c.  Third prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.   CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: _Denied care for meds I need + left in Pain Knowing I need the medication_

2.   **Count I.**   Identify the issue involved.   Check **only one.**   State additional issues in separate counts.
   ☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☒ Medical care
   ☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion         ☐ Retaliation
   ☐ Excessive force by an officer   ☒ Threat to safety   ☐ Other: _____

3.   **Supporting Facts.**   State as briefly as possible the FACTS supporting Count I.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

From July 2018 to Present Day of filing this Plaintiff became aware that Docs Cadice and NP Burns, Schmidt, Fullhol, larizon have hindered her G.R.S Process and S1D as her Hormons That her endocrinologist Put her on in 2011 have been totally messed up and Stopped by these providers I'm on, Dusirde, Estradiol, Spironolactone 150mg so these meds are MEPS she has been on now 8 years and years to Dioc she can't Just Abruptly stop them They have severe side effects to include regression of my progress & process.

Due to my Serious medical condition, I need to Be on these meds. Gender Dysphoria

I had Breast Pain due to the Spironolactone which is my Breast poll and my Diurety & Helps Swelling I've now had issues with my Breast Due to this as well as side effect.

They Know I need these meds yet They have not Denied this She is at risk of IRreparable harm Due to Being Denied the consent.

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
Thyroid Problems, Elevated liver enzyme, high blood levels and Swelling, Dizziness, emotional & Mental Anguish.

5.   **Administrative Remedies:**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?          ☒ Yes          ☐ No
   b.   Did you submit a request for administrative relief on Count I?          ☒ Yes          ☐ No
   c.   Did you appeal your request for relief on Count I to the highest level?          ☒ Yes          ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**COUNT II**

1. State the constitutional or other federal civil right that was violated: Denied Appointment

That was medically necessary for the GID and they knew she needed to go to the specialist

2. **Count II.** Identify the issue involved. **Check only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☒ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other:
   - ☒ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Upon 2010 to Present Defendants Denied a consult she needed to go to to see her endocrinologist Due to her GID and The specialist asked to see her in 3 months Doctor Schmidt, Ball Joe who are on the Corizon clinic Review committee Denied The consult and her treating physician felt it was medically necessary to send her to The specialist By not going to The specialist her process has gotten worse and Defendants are unaware of The Deliberate indifference They have caused.

They know I need This consult But Denied it. Corizons policy + rules were not followed properly in this case.

This is Emergency as she has had Seizures Reaction Due to Them Act + she is at risk of Irreparable harm Due to Deny Denied The consults

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Thyroid problems, elevated liver enzymes, high Blood levels and swelling Dizziness, emotional + mental Anguish

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

**COUNT III**

1. State the constitutional or other federal civil right that was violated: _____

2. **Count III.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   ☐ Basic necessities       ☐ Mail          ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property      ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.**   State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

_____

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

### E.  REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff Prays as follows:
1) Jury Trial is Demanded
2) Compensation in Amount of $15 million
3) Medical expenses $13 million
4) Punitive Damages in Amount $5 million
5) Attorney fees & Instruction / injunctive relief
6) any further relief the court shall decern just

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/25/19
              _____
                      DATE

_____
SIGNATURE OF PLAINTIFF

Melinda Gabriella Valenzuela
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

1305 S. Butte Ave Florence AZ 85132
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

Inmate M. Valenzuela
ADC # 152239    9    1823
130 S. 1st Business
Florence AZ 85132

$ 008.30

**RECEIVED**

SEP 1 2 2019

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

District Court
401. W. WAShington
Phx AZ 85003

LEGAL MAIL
ARIZONA DEPARTMENT OF CORRECTIONS