IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melinda Gabriella Valenzuela,<br><br>    Plaintiff,<br><br>vs.<br><br>Corizon Health, Inc., et al.,<br><br>    Defendants. | CV 19-05167-PHX-MTL (MHB)<br><br>**ORDER** |

    Plaintiff has filed a pro se civil rights Complaint pursuant to 42 U.S.C. § 1983. In its screening order, the Court ordered Defendants Schmidt and Fallhoe to answer Count Two of the Complaint, and dismissed the remaining claims and Defendants without prejudice.

    The record revealing that Defendants Schmidt and Fallhoe had not been served, the Court ordered Plaintiff to show cause why this matter should not be dismissed for failure to serve pursuant to Fed.R.Civ.P. 4(m). Thereafter, Plaintiff filed a request for service assistance.

    In an effort to move this matter forward, the Court required Corizon Health, Inc., to advise the Court and Plaintiff regarding this matter. The Court stated, "[i]f Defendants Schmidt and Fallhoe are still employed with Corizon Health, Inc., it shall provide Plaintiff with their current work locations. If said Defendants are no longer employed with Corizon Health, Inc., it shall provide their last known home addresses to the Court UNDER SEAL."

    Corizon complied with the Court's Order and Defendant Schmidt was served on September 11, 2020. The Court later dismissed Defendant Fallhoe for failure to serve.

Plaintiff has filed a motion for default as to Defendant Schmidt for failure to file an answer. However, it is unclear from the record whether Defendant Schmidt received Plaintiff's motion.

**IT IS ORDERED** directing the Clerk of Court to send Defendant Schmidt a copy of this Order as well as Plaintiff's motion for default (Doc. 43) to the following address: Corizon Health, Inc., at 103 Powell Court Brentwood, TN 37027;

**IT IS FURTHER ORDERED** that Defendant Schmidt shall file an answer or otherwise respond to Plaintiff's motion for default no later than 21 days from the date of this Order.

DATED this 30th day of November, 2020.

*Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge